APRIL 8, 1968.

No. ——. IAQUINTA *v.* NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM ET AL. Appeal from Ct. App. N. Y. Motions to docket and dismiss appeal under Rule 14 (3) granted. *Harry S. Taubenfeld* on the motion for appellee Rose Iaquinta. *J. Lee Rankin* on the motion for appellees New York City Employees Retirement System et al. *Jacob W. Friedman* for appellant Margaret Iaquinta in opposition. [For earlier order herein, see *ante,* p. 915.]

No. 191, October Term, 1962. IOANNOU *v.* NEW YORK ET AL., 371 U. S. 30. Appellees are requested, within 30 days, to file a response to petition for rehearing. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 635. GARDNER *v.* BRODERICK, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. (Probable jurisdiction noted, *ante,* p. 918.) Motion of Patrolmen's Benevolent Association of the City of New York, Inc., for leave to file brief, as *amicus curiae,* granted. *Michael J. Silverberg* on the motion.

No. 1015. WITHERSPOON *v.* ILLINOIS ET AL. Sup. Ct. Ill. Motion of American Civil Liberties Union, Illinois Division, for leave to participate in oral argument, as *amicus curiae,* denied. *Elmer Gertz* on the motion. [For earlier orders herein, see, *e. g., ante,* pp. 986, 1001.]

No. 1174. WHITLEY ET AL. *v.* WILLIAMS, GOVERNOR OF MISSISSIPPI, ET AL. Appeal from D. C. S. D. Miss. The Solicitor General is invited to file a brief expressing the views of the United States.